## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ROOSEVELT COBB, JR.,

    Plaintiff,

v.                                  CASE NO: 8:06-cv-2317-T-26TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) Defendant's Motion for Entry of Judgment With Remand (Dkt. 14) is granted.

2) This case is reversed and remanded to Defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the motion.

3) The Clerk is directed to enter judgment for Plaintiff and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on July 10, 2007.

                                         s/*Richard A. Lazzara*
                                         **RICHARD A. LAZZARA**
                                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record